UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM EUGENE FIELDS,

        Petitioner,

  v.

ED TROYER,

        Respondent.

C22-5638 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, docket no. 17.  Having reviewed the R&R, to which no objections were filed, and the remaining record, the Court hereby finds and ORDERS:

(1) The R&R, docket no. 17, is ADOPTED.

(2) Petitioner's petition for a writ of habeas corpus, docket no. 7, is DENIED without an evidentiary hearing, and this action is DISMISSED with prejudice.

(3) A certificate of appealability is DENIED.  *See* 28 U.S.C. § 2253(c).

ORDER - 1

(4) The Clerk is DIRECTED to enter Judgment consistent with this Order, send a copy of the Judgment and this Order to Judge Vaughan, all counsel of record, and Petitioner, and to CLOSE this case.

Dated this 2nd day of March, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 2